**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JONATHAN MARSHALL d/b/a
MARSHALL'S TRANSPORT**                                                                  **PLAINTIFF**

**v.**                                          **NO. 3:08CV00135 BSM**

**CHRYSLER MOTORS, LLC**                                                                  **DEFENDANT**

## ORDER

The court has received notice that defendant has filed a petition in the United States Bankruptcy Court for the Southern District of New York.

IT IS THEREFORE ORDERED that all pending motions are denied without prejudice and that the Clerk administratively terminate this case without prejudice to the rights of the parties to reopen this case for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. This case will, however, be re-opened only if an application to re-open is filed within sixty (60) days of the final disposition of the Bankruptcy proceeding. If no timely motion to re-open is filed, this order shall be deemed a final order of dismissal with prejudice as to all claims made in this case.

Dated this 5th day of May, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE